**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD NELSON, | ) | CASE NO. CV 09-06224 RSWL (RZ) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| vs. | ) ) | |
| JAMES YATES, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of TODD NELSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 7, 2010

*RONALD S.W. LEW*

_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE